UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL ROTHLEY and BETSY ROTHLEY, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ENDLESS CONCEPTS CONTRACTING LLC d/b/a BOSS HOG CONTRACTING, a Missouri limited liability company,<br><br>Defendant. | Case No. 2:26-cv-00382-DCN<br><br>**MEMORANDUM DECISION AND ORDER** |

On June 22, 2026, plaintiffs Paul Rothley and Betsy Rothley ("Plaintiffs") filed a complaint against defendant Endless Concepts Contracting LLC d/b/a Boss Hog Contracting ("Defendant") alleging claims for fraud, breach of contract, Idaho Consumer Protection Act violations, and negligence. Plaintiffs sought damages, an award of pre- and post-judgment interest, reasonable attorneys' fees and costs, and any other relief the Court deems just and equitable. Dkt. 1.

On July 7, 2026, the Court granted Plaintiffs' motion to serve Defendant by publication. Dkt. 5. Plaintiffs completed serves by publication in accordance with the Court's order on August 4, 2026. Dkt. 6, at 2. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant was required to answer or otherwise respond to the Complaint by August 25, 2026. Defendant did neither and has yet to appear in this case.

On August 26, 2026, Plaintiffs filed a motion for default judgment. Dkt. 6.

On August 28, 2026, the Clerk of the Court entered default against Defendant. Dkt. 7. On September 17, 2026, the Court granted Plaintiffs' motion for default judgment. Dkt. 8. The Court stated it would enter judgment on Plaintiffs' claims in the amount of $449,045.54 and granted Plaintiffs leave to file a memorandum of attorneys' fees for the Court's consideration. *Id.*

On September 28, 2026, Plaintiffs filed the present Motion for Award of Attorney Fees (the "Motion"), requesting an award of attorneys' fees of $10,170.00, and costs of $405.00. Dkt. 9. Plaintiffs also submitted affidavit signed by Plaintiffs' counsel, with documentation of the time and rates billed by counsel to Plaintiffs for this matter and the bill from the Clerk for filing the Complaint. Dkt. 9-1.

The Court has reviewed the Motion and affidavit and finds the hourly rate, hours expended, and costs incurred were reasonable under the *Lodestar* methodology.

IT IS HEREBY ORDERED:

1. Plaintiffs' Motion for Award of Attorneys Fees (Dkt. 9) is GRANTED.

DATED: September 29, 2026

David C. Nye
U.S. District Court Judge